In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-574 CR


____________________



DEMETRI DEVAULT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 97149






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Demetri DeVault, to withdraw
his notice of appeal. See Tex. R. App. P. 42.2. The appellant and his attorney of record both
signed the request, and the appellant filed the motion before we issued our opinion on appeal. 
We grant the motion to withdraw notice of appeal and dismiss the appeal. 

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered February 20, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.